UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | Chapter 7 |
| | Case No. 19-30502-EDK |
| PHILLIP G. HANNAH | |
| Debtor | |

**ORDER ON MOTION FOR ORDER AUTHORIZING AND APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE**
**(Judgment versus Bonnie S. Hannah)**

At Springfield in said District.

This matter having come before the Court upon the Motion of Gary M. Weiner, Chapter 7 Trustee seeking an order authorizing and approving private sale of property of the estate pursuant to 11 U.S.C. § 363, Fed.R.Bankr.P.2002(a)(2) and 6004 and MLBR Rule 2002-5 and 6004-1, the estate's interest in certain judgment issued by the United States Bankruptcy Court for the District of Massachusetts, Adv. Proceeding No. 19-3040 in the amount of $33,158.12 versus Bonnie S. Hannah (hereinafter "Judgment"), subject to all liens, encumbrances and claims of every kind and description, to ETC Cust. FBO 20024478 IRA of 10175 Fortune Parkway, Suite 101, Jacksonville, Florida or it's nominee (the "Buyer") for the sum of $8,000.00; and the Court finding that notice has been properly given to parties in interest; and the Court finding that the sale, on the terms in the Motion is appropriate; and the Court finding that the buyer is a good faith purchaser as that term is used in 11 U.S.C. §363, and entitled to protections provided in such section and further that the sale has been made as an arms-length transaction.

The Court finds that the Motion constitutes a core proceeding, pursuant to 28 U.S.C. §157(b)(2)(N), and that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334. The Court further finds that the sale is authorized under 11 U.S.C. §363(b) and (m) and for good cause shown, it is hereby:

ORDERED that the Trustee's Motion shall and hereby is allowed and the Trustee is authorized to sell the Bankruptcy Estate's interest in the Judgment that was entered by this Court on May 13, 2020 pursuant to 11 U.S.C. §363(b) subject to all liens and encumbrances for the sum of $8,000.00 to the Buyer no later than thirty (30) days after the entry of this Order; and it is

In re:  Phillip G. Hannah
Case No. 19-30502-EDK
Order on Private Sale of Property
Page 2
further

ORDERED that the Trustee is authorized to prepare, execute and deliver any and all documents, including without limitation assignment of Execution, and to perform any and all acts necessary to conduct and close the sale of the Judgment referenced herein, whether such documents are known now or become known and necessary in the future;

_____
Elizabeth D. Katz
Chief United States Bankruptcy Judge